# Study Guide for Doctor Deborah Gargiulo

PREAMBLE

The following study guide was agreed on by Drs. Wait, Patterson and Page as a reasonable approach to the remediation of Dr. Gargiulo's cognitive and motor skills deficiencies at the completion of her PGY 3 year. Beginning this program is contingent upon her taking her 3rd year mock oral examination before July. Dr. Page will oversee this program. As such, he will serve as a preceptor and proctor and will step down as Dr. Gargiulo's advisor/mentor.

Beginning July 1, 2008, Dr. Gargiulo will check in with Joy Isotti at eight AM and go to either the Goldberg skills lab/BMC Simulation Center or to the library. It is anticipated that each working day (five days a week) she will engage in two or more hours of deliberate practice in the skills lab in addition to at least four to six hours of study in the library.

In addition, Dr. Gargiulo will take call every 8th night and will be formally evaluated by the PGY 4 on-call that night. Her duties will include any assignments made by the PGY 4. She will have no formal daytime clinical rotation during the first month. However, Dr. Gargiulo is expected to attend ALL resident lectures and small group discussions as well as M & M and Grand Rounds. She is expected to participate in surgical resident patient simulation sessions as booked by Dr. Fernandez.

Beginning the second or third month of her remediation period (August or September, 2008), Dr. Gargiulo will start a clinical rotation on either the Pediatric Surgery Service or the Emergency Surgery Service. Her duties and responsibilities will be consistent with those of a third year surgical resident.

REMEDIATION PROGRAM REQUIREMENTS

1. Read and formally outline three chapters of *Schwartz's Textbook of Surgery* or *Cameron's Current Surgical Therapy* per week; chapter assignments will be made by Dr. Page
2. Formal chapter outlines will be handed in to the surgery office twice a week to be reviewed by Drs. Wait and Page
3. At the end of each week, Dr. Gargiulo will take a written (multiple choice) examination as well as an oral examination given by Drs. Patterson and/or Page depending on availability
4. At the outset (first week of July) Dr. Gargiulo will undergo skills testing supervised by Ron Bush using VR and other minimally invasive equipment to establish her baseline performance.

1

5. Each week Dr. Gargiulo will take a skills test to document her performance (learning) curve with VR and other equipment

EXPECTATIONS

1. At all times, Dr. Gargiulo will be in the skills lab or library between 8 AM and 5 PM unless Joy Isotti is notified to the contrary, e.g. for meals
2. unexcused failure to meet the above expectation at any time will result in dismissal
3. Repeated failure to pass an interval test will result in dismissal
4. Repeated failure to demonstrate linear improvement in minimally invasive skills week to week will result in dismissal
5. Repeated failing grades given by any supervising PGY 4 resident or Attending on a clinical service will result in dismissal

I, _____, agree to abide by the specific expectations and directives outlined in this study guide on this _____ day of _____, 2008.

Witnessed by_____.