

# Baystate Health

Disability Management Services
280 Chestnut Street, Springfield, Ma 01199
Telephone. 413-794-7678    Fax: 413-794-4414

March 3, 2009

Debra Gargiulo MD
345 The Meadows
Enfield, CT 06082

Claim #: DI2008032874
Cost Center: B984

Dear Debra:

This letter serves as a follow up to our previous discussions. You indicated that health issues continue to challenge you and that these challenges preclude you from resuming your current responsibilities as a Post Graduate Resident in the Surgery-GME. I want to summarize your present situation and what will happen going forward.

You were on a Consecutive Family and Medical Leave Act (FMLA) leave of absence from 6/21/2008 until 9/12/2008. The FMLA protections, which guarantee an employee's position for a twelve (12) week period, were exhausted effective, 9/12/2008. Since that date, you have been placed on a Medical Leave of Absence, which is not an FMLA protected leave.

To date, you are still not able to return to your position as Post Graduate Resident and perform the essential functions of the position. Due to the staffing needs of the Surgery-GME, I will no longer be able keep your position open. At this time, your employment status reflects a displaced status which means you are still employed by Baystate Health, however, you do not have an active position to return to if and when you are medically cleared to return to work. If you are medically cleared to return to work we will assign you to a recruiter from the Recruitment office to help you find a new position within the organization.

Consistent with the BH Leave of Absence Policy, with appropriate medical documentation you may be eligible for a medical leave of absence for up to an additional forty (40) week period, specifically until 6/21/2009.

If you have any concerns or questions about employment or benefits, please feel free to telephone the Human Resources Service Center at 413-794-4747. If you have any questions regarding your leave of absence, please feel free to contact Anna Waite from Disability Management Services at 413-794-7691.

Sincerely,

Richard B. Wait MD, PhD
Chairman and Program Director, Department of Surgery

CC:   Cecile Chapdelaine
      Anna Waite
      HRSC

TOTAL P.04