BAYSTATE MEDICAL CENTER
DEPARTMENT OF SURGERY GRADUATE EDUCATION AGREEMENT
ACADEMIC REMEDIATION YEAR PROGRAM

NAME: Debra Gargiulo, MD
ADDRESS: 345 The Meadows, Enfield, CT 06082 United States

This academic extension in training program has been developed due to concerns which have arisen over academic performance which reflects negatively on a resident's ability to carry out his/her duties. In making a resident a focus of concern, the department expects that the problem can be corrected in a defined period of time. During the period of time beginning July 1, 2009 (starting date) and ending June 30, 2010 (ending date), you agree to participate in the outlined requirements provided in this remediation program. The following written notice of deficiencies and corrective plans will outline the requirements set forth for an academic remedial year by the department chairman and program directors, faculty advisor, Office of Surgical Education and the Division of Academic Affairs.

- Elucidation and analysis of the problem, reason for remediation

  1. Insufficient fund of knowledge as exhibited on successive ABSITE results over the past three years

  2. Suboptimal level of performance due to deficits in medical fact, patient assessment and data integration ability required for clinical judgment and decision-making capacity critical to patient care as expressed over successive evaluations over successive years by numerous faculty members

  3. Suboptimal performance in procedural skills demonstrated for level of training over successive evaluations over successive years by numerous faculty members and skills performance data results

  4. Lack of perception of limitations regarding deficits in technical skills ability, despite multiple attempts at problem elucidation and correction

  5. Lack of ownership and responsibility regarding admission to knowledge and performance deficits, including exhibited avoidant behavior regarding assistance in error rectification and remediation

  6. Suboptimal ability to manage multiple tasks, stressors and requirements essential to adequate learning and functioning as a surgical resident of this program

- Supportive and/or corrective intervention action items

  1. Attend all Surgical Residency Core Curriculum, SCORE Curriculum, Basic Science, Systems-Based Practice and Testing sessions

  2. Attend all Morbidity and Mortality Conferences, Grand Rounds and assigned BRASS residency conferences

  3. Completion of all Surgical Resident Core Curriculum weekly and summary tests, as well as weekly assigned topic RUSH, SESAP or ABSITE Review questions. Achievement of greater than 75% on all testing is required. Score logs will be maintained by the Office of Surgical Education.

4. Attend and demonstrate improvement in weekly surgical procedural skills training sessions in the Simulation Center scheduled with the Goldberg Surgical Laboratory skills trainer. These sessions will be scheduled at a minimum of twice weekly and are mandatory. Performance improvement must be demonstrated with all assigned skills tasks commensurate with expected peer-related values. Score logs will be reported monthly to the Office of Surgical Education.

5. Attend assigned Surgical Residency Core Curriculum skills training assignments provided weekly, including resident-mentored skills training sessions and video-recorded simulated patient encounter training sessions. Score logs will be reported monthly to the Office of Surgical Education.

6. Completion of the assigned annual ABSITE with achievement of greater than 30% on the 2010 exam.

7. Participation in the annual Surgical Resident Mock Oral Exam session scheduled at this institution, in addition to regularly scheduled Mock Oral Exam Training and Evaluation sessions. Successful performance (pass) in the formal Surgical Resident Mock Oral Exam is required.

8. Demonstration of appropriate time management and organizational skills as exhibited by attendance records, timely completion of required assignments and maintenance of appropriate score logs to be reviewed at frequent intervals by the Office of Surgical Education.

9. Attend monthly academic advisor meetings for review of progress regarding the above mentioned corrective action items. Your academic advisors are <u>Dr David Page and Dr Susan Cash</u>. Regularly scheduled monthly meetings are required. Summaries of all meetings will be documented and placed in the personnel file.

10. Attend quarterly meetings with program director for review of progress regarding the above mentioned corrective action items, as well as biannual performance review with the Director of Surgical Education. Summaries of all meetings will be documented and placed in the personnel file.

11. During the course of academic remediation, the program education committee reserves the right to modify or adjust the curricular activities required for performance improvement as needed, based on regular assessments. The learner may not self-direct modifications to that described in this remediation program as this plan is non-negotiable.

* <u>Monitoring mechanism including time until reevaluation</u>

As cited in the corrective items above, attendance at all academic sessions is required and will be monitored by the Office of Surgical Education. Regularly scheduled meetings with academic advisors (monthly) and program director (quarterly) are mandatory and will be monitored by the Office of Surgical Education.

Surgical Residency Core Curriculum weekly tests, RUSH/SESAP/ABSITE Review assigned tests and curriculum attendance logs will be handled by the Office of Surgical Education. You must complete attendance logs, and submit all review tests and simulation score sheets to this office on a weekly basis. Logs and results will be maintained by the Office of Surgical Education.

Maintenance of a weekly study diary with inclusion of core curriculum topics, test results, training sessions and meetings is required for all mentor and program director meetings.

2

- Consequences if corrective action is not achieved

    Reinstatement to the residency program and appointment to resident status will be considered based on your meeting program standards for reinstatement. Successful completion of all required Academic Remediation Year components may result in reinstatement of full-time surgical residency status as a post-graduate level trainee commencing in academic year 2010. Unsuccessful completion of any of the required Academic Remediation Year components may result in termination of employment. You will be notified prior to the ending date of this agreement whether or not you are being offered a reinstatement into the residency program. Based on review of unsuccessful remediation parameters during the course of this year, termination may occur prior to completion of the remediation year. Failure to comply with any of the terms of your appointment may be grounds for summary suspension or termination.

APPLICANT

Appointment Accepted: _____     Date: _____

FOR BAYSTATE MEDICAL CENTER

Program Director: _____     Date: _____

Department Chair: _____     Date: _____

Senior Vice President for Academic Affairs: _____     Date: _____

cc. Dr David Page
cc. Dr Susan Cash

cc. Dr Nicholas Coe
    Dr Neal Seymour
    Dr Gladys Fernandez

3