UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 3:11-CV-30017-MAP

DEBRA A. GARGIULO, M.D. )
    Plaintiff )
     )    MOTION FOR SEPARATE TRIALS OF
vs. )    PLAINTIFF'S STATE AND FEDERAL
     )    CLAIMS
BAYSTATE MEDICAL CENTER, INC. )
and BAYSTATE HEALTH, INC. )
    Defendants )

    The defendants, Baystate Medical Center, Inc. and Baystate Health, Inc. ("Defendants"), pursuant to Federal Rules of Civil Procedure 42(b), move this Court to order separate trials of Plaintiff's, Debra A. Gargiulo, M.D. ("Plaintiff"), state and federal law claims, with discovery and trial of Plaintiff's state law claims to occur first with application of state privilege law, followed by discovery of the medical peer review documents and trial, if necessary, of Plaintiff's federal law claims with application of federal privilege law, and a stay of discovery related to Plaintiff's federal law claims until conclusion of trial of Plaintiff's state law claims.

    On July 15, 2011, the Magistrate Judge granted Plaintiff's Motion to Compel and ordered that Defendants produce documents that are privileged and confidential medical peer review documents under Massachusetts law (the "Magistrate Judge's Ruling"). In so doing, the Magistrate Judge declined to recognize a federal common law medical peer review privilege and, reasoning that to do otherwise would be "unworkable," applied federal law of privilege to both Plaintiff's federal law claims and her state law claims. Defendants have filed objections to the Magistrate Judge's Ruling ("Objections") requesting that the Magistrate Judge's ruling be set aside in its entirety on the grounds that the Magistrate Judge's Ruling: (1) declined to recognize

---

*Handwritten margin note:* DENIED. Separate trials would increase delay and expense enormously. The approach suggested by Defendants is virtually unprecedented. So ordered. Michael A. Ponsor U.S.D.J. / Jan. 4, 2012.